IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CR237 |
| | ) | |
| **BLAKELY AMANDA PETTIGREW,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 18), for the reason that the defendant recently retained substitute counsel. Trial will be continued to October 7, 2008. The defendant will be required to file an affidavit or declaration regarding speedy trial in compliance with the Local Rules of Practice.

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for September 16, 2008, is continued to **Tuesday, October 7, 2008**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 16, 2008 and October 7, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflict. Counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, no later than **September 15, 2008.**

**DATED September 9, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**