## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CR237 |
| | ) | |
| **BLAKELY AMANDA PETTIGREW,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's second motion to continue trial (Doc. 23). A continuance is requested so that counsel can review discovery. The trial was previously continued for this reason, and the parties have not shown good cause for a further extension of the trial date.

**IT IS ORDERED** that the motion to continue trial (Doc. 23) is denied, and the trial of this matter remains set for October 7, 2008.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **12:00 noon on Friday, October 3, 2008.**

**DATED October 2, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**